**EXHIBIT 7**

**REDACTED
IN ACCORDANCE WITH APRIL 6, 2009
CONFIDENTIALITY AGREEMENT AND
STIPULATED PROTECTIVE ORDER**