Alan W. Kornberg
Daniel J. Leffell
Andrew J. Ehrlich
Diane Meyers
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel for the Crossover Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CHARTER COMMUNICATIONS, INC., et al.,

Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 09-11435
(Joint Administration)

**THE CROSSOVER COMMITTEE'S**
**RESPONSE TO CONFIRMATION OBJECTIONS**
**ASSERTING AN ALLEGED CHANGE OF CONTROL**

**Filed Under Seal – Subject to Confidentiality Order**