| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | x | |
| In re: | : | Chapter 11 |
| CHARTER COMMUNICATIONS, INC. et al.; | : | Case No: 09-11435 |
| Debtors. | x | Jointly Administered |

## MONTHLY OPERATING REPORT FOR THE PERIOD
## FROM JUNE 1, 2009 TO JUNE 30, 2009

DEBTORS' ADDRESS: 12405 Powerscourt Drive
St. Louis, MO 63131

MONTHLY DISBURSEMENTS MADE BY CHARTER
COMMUNICATIONS, INC., ET AL. AND ITS DEBTOR
SUBSIDIARIES (IN MILLIONS): $ 544

DEBTORS' ATTORNEYS   Richard M. Cieri
Paul M. Basta
Stephen E. Hessler
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
- and -
Ray C. Schrock
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

NET LOSS - CHARTER SHAREHOLDERS (IN MILLIONS): $ (41)

REPORT PREPARER: CHARTER COMMUNICATIONS, INC. et al.

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: July 30, 2009

Kevin D. Howard
Vice President, Controller and Chief Accounting Officer
Charter Communications, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered) 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. # 43-1857213

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 30 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts | MOR-1a | x | |
| Schedule of Disbursements | MOR-1b | x | |
| Bank Account Information | MOR-1c | x | |
|    Copies of bank statements (See Notes to the MOR) | | | x |
|    Cash disbursements journals (See Notes to the MOR) | | | x |
| Statement of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | | x |
|    Copies of IRS Form 6123 or payment receipt (See Notes to the MOR) | | | x |
|    Copies of tax returns filed during reporting period (See Notes to the MOR) | | | x |
| Summary of Unpaid Post-petition Debts (See Notes to the MOR) | MOR-4 | | x |
|    Listing of Aged Accounts Payable (See Notes to the MOR) | | | x |
| Accounts Receivable Reconciliation and Aging (See Notes to the MOR) | MOR-5 | x | x |
| Taxes Reconciliation and Aging (See MOR-7) | MOR-5 | | x |
| Payments to Insiders and Professional | MOR-6 | x | |
| Post Petition Secured Notes Adequate Protection Payments | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |

In re Charter Communications, Inc. et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 09-11435 |
| Reporting Period: | 30-Jun-09 |
| Federal Tax I.D. # | 43-1857213 |

## Notes to the Monthly Operating Report

### GENERAL:

The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
|---|---|
| Ausable Cable TV, Inc. | 09-11434 |
| Charter Communications, Inc. | 09-11435 |
| Hometown TV, Inc. | 09-11436 |
| Plattsburgh Cablevision, Inc. | 09-11437 |
| Charter Communications Entertainment I, LLC | 09-11439 |
| Falcon First Cable of New York, Inc. | 09-11441 |
| Charter Communications Holding Company, LLC | 09-11442 |
| CCHC, LLC | 09-11443 |
| Charter Communications Holdings, LLC | 09-11444 |
| CCH I Holdings, LLC | 09-11445 |
| CCH I, LLC | 09-11446 |
| CCH II, LLC | 09-11447 |
| CCO Holdings, LLC | 09-11448 |
| Charter Communications Operating, LLC | 09-11449 |
| American Cable Entertainment Company, LLC | 09-11450 |
| Athens Cablevision, Inc. | 09-11451 |
| Cable Equities Colorado, LLC | 09-11452 |
| Cable Equities of Colorado Management Corp. | 09-11454 |
| CC 10, LLC | 09-11455 |
| CC Fiberlink, LLC | 09-11456 |
| CC Michigan, LLC | 09-11457 |
| CC Systems, LLC | 09-11458 |
| CC V Holdings, LLC | 09-11459 |
| CC VI Fiberlink, LLC | 09-11460 |
| CC VI Operating Company, LLC | 09-11461 |
| CC VII Fiberlink, LLC | 09-11462 |
| CC VIII Fiberlink, LLC | 09-11463 |
| CC VIII Holdings, LLC | 09-11464 |
| CC VIII Leasing of Wisconsin, LLC | 09-11465 |
| CC VIII Operating, LLC | 09-11466 |
| CC VIII, LLC | 09-11468 |
| CCH I Capital Corp. | 09-11469 |
| CCH I Holdings Capital Corp. | 09-11470 |
| CCH II Capital Corp. | 09-11471 |
| CCO Fiberlink, LLC | 09-11472 |
| CCO Holdings Capital Corp. | 09-11473 |
| CCO NR Holdings, LLC | 09-11475 |
| CCO Purchasing, LLC | 09-11476 |
| Charter Advertising of Saint Louis, LLC | 09-11477 |
| Charter Cable Leasing of Wisconsin, LLC | 09-11478 |
| Charter Cable Operating Company, LLC | 09-11479 |
| Charter Cable Partners, LLC | 09-11480 |
| Charter Communications Entertainment, LLC | 09-11482 |
| Charter Communications Entertainment I, DST | 09-11485 |
| Charter Communications Entertainment II, LLC | 09-11486 |
| Charter Communications Holdings Capital Corp | 09-11487 |
| Charter Communications Operating Capital Corp. | 09-11488 |
| Charter Communications Properties, LLC | 09-11489 |
| Charter Communications V, LLC | 09-11490 |
| Charter Communications Ventures, LLC | 09-11491 |
| Charter Communications VI, LLC | 09-11492 |
| Charter Communications VII, LLC | 09-11493 |

## Notes to the Monthly Operating Report

**GENERAL:**

The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
| --- | --- |
| Charter Communications, LLC | 09-11494 |
| Charter Distribution, LLC | 09-11495 |
| Charter Fiberlink - Alabama, LLC | 09-11496 |
| Charter Fiberlink AR-CCVII, LLC | 09-11497 |
| Charter Fiberlink AZ-CCVII, LLC | 09-11498 |
| Charter Fiberlink CA-CCO, LLC | 09-11499 |
| Charter Fiberlink CA-CCVII, LLC | 09-11500 |
| Charter Fiberlink CC VIII, LLC | 09-11501 |
| Charter Fiberlink CCO, LLC | 09-11502 |
| Charter Fiberlink CT-CCO, LLC | 09-11503 |
| Charter Fiberlink - Georgia, LLC | 09-11505 |
| Charter Fiberlink ID-CCVII, LLC | 09-11506 |
| Charter Fiberlink - Illinois, LLC | 09-11507 |
| Charter Fiberlink IN-CCO, LLC | 09-11508 |
| Charter Fiberlink KS-CCO, LLC | 09-11509 |
| Charter Fiberlink LA-CCO, LLC | 09-11510 |
| Charter Fiberlink MA-CCO, LLC | 09-11511 |
| Charter Fiberlink - Michigan, LLC | 09-11512 |
| Charter Fiberlink - Missouri, LLC | 09-11513 |
| Charter Fiberlink MS-CCVI, LLC | 09-11514 |
| Charter Fiberlink NC-CCO, LLC | 09-11515 |
| Charter Fiberlink NC-CCVII, LLC | 09-11516 |
| Charter Fiberlink - Nebraska, LLC | 09-11517 |
| Charter Fiberlink NH-CCO, LLC | 09-11518 |
| Charter Fiberlink NM-CCO, LLC | 09-11519 |
| Charter Fiberlink NV-CCVII, LLC | 09-11520 |
| Charter Fiberlink NY-CCO, LLC | 09-11521 |
| Charter Fiberlink NY-CCVII, LLC | 09-11522 |
| Charter Fiberlink OH-CCO, LLC | 09-11523 |
| Charter Fiberlink OK-CCVII, LLC | 09-11524 |
| Charter Fiberlink OR-CCVII, LLC | 09-11525 |
| Charter Fiberlink SC-CCO, LLC | 09-11526 |
| Charter Fiberlink SC-CCVII, LLC | 09-11527 |
| Charter Fiberlink - Tennessee, LLC | 09-11528 |
| Charter Fiberlink TX-CCO, LLC | 09-11529 |
| Charter Fiberlink UT-CCVII, LLC | 09-11530 |
| Charter Fiberlink VA-CCO, LLC | 09-11531 |
| Charter Fiberlink VT-CCO, LLC | 09-11532 |
| Charter Fiberlink WA-CCVII, LLC | 09-11533 |
| Charter Fiberlink - Wisconsin, LLC | 09-11534 |
| Charter Fiberlink WV-CCO, LLC | 09-11535 |
| Charter Fiberlink, LLC | 09-11536 |
| Charter Gateway, LLC | 09-11537 |
| Charter Helicon, LLC | 09-11538 |
| Charter RMG, LLC | 09-11541 |
| Charter Stores FCN, LLC | 09-11542 |
| Charter Video Electronics, Inc. | 09-11543 |
| Dalton Cablevision, Inc. | 09-11544 |
| Enstar Communications Corporation | 09-11545 |
| Falcon Cable Communications, LLC | 09-11546 |
| Falcon Cable Media, a California Limited Partnership | 09-11547 |
| Falcon Cable Systems Company II, L.P. | 09-11548 |
| Falcon Cablevision, a California Limited Partnership | 09-11549 |

In re Charter Communications, Inc. et al.

MOR NOTES

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. # 43-1857213

## Notes to the Monthly Operating Report

### GENERAL:

The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
|---|---|
| Falcon Community Cable, L.P. | 09-11550 |
| Falcon Community Ventures I, LP | 09-11551 |
| Falcon First Cable of the Southeast, Inc. | 09-11552 |
| Falcon First, Inc. | 09-11553 |
| Falcon Telecable, a California Limited Partnership | 09-11554 |
| Falcon Video Communications, L.P. | 09-11555 |
| Helicon Partners I, L.P. | 09-11556 |
| HPI Acquisition Co., L.L.C. | 09-11557 |
| Interlink Communications Partners, LLC | 09-11558 |
| Long Beach, LLC | 09-11559 |
| Marcus Cable Associates, L.L.C. | 09-11560 |
| Marcus Cable of Alabama, L.L.C. | 09-11561 |
| Marcus Cable, Inc. | 09-11562 |
| Midwest Cable Communications, Inc. | 09-11564 |
| Peachtree Cable TV, L.P. | 09-11565 |
| Peachtree Cable T.V., LLC | 09-11566 |
| Renaissance Media LLC | 09-11567 |
| Rifkin Acquisition Partners, LLC | 09-11568 |
| Robin Media Group, Inc. | 09-11569 |
| Scottsboro TV Cable, Inc. | 09-11570 |
| Tennessee, LLC | 09-11572 |
| The Helicon Group, L.P. | 09-11573 |
| Tioga Cable Company, Inc. | 09-11574 |
| Vista Broadband Communications, LLC | 09-11575 |
| Pacific Microwave | 09-12400 |

<u>General Notes:</u>

The financial statements and supplemental information contained herein are preliminary, unaudited, and may not comply in all material respects with accounting principles generally accepted in the United States of America ("U.S. GAAP"). In addition, the financial statements and supplemental information contained herein represent condensed consolidated information.

The unaudited consolidated financial statements have been derived from the books and records of Charter Communications, Inc. and its affiliated debtors, other than Charter Investment, Inc, (collectively, the "Debtors"). This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures (such as tests for asset impairment, etc.), the Debtors' believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all adjustments that would typically be made for financial statements in accordance with U.S. GAAP.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09
Federal Tax I.D. #: 43-1857213

## Notes to the Monthly Operating Report

### Notes to MOR-1a:
Cash is received as described in the Debtors' motion to approve their cash management system and is consistent with the Debtors' cash management practices.
Cash receipts related to transfers among the Debtor entities are not included in this schedule.

### Notes to MOR-1b:

Cash disbursements are centralized as described in the Debtors' motion to approve their cash management system and are consistent with the Debtors' cash management practices.
All cash disbursements exclude transfers among the Debtor entities.

### Notes to MOR-1c:
All amounts listed are the bank balances as of the end of the month.
Bank statements are available upon request.

### Notes to MOR-4:
The Debtors have paid and are paying all undisputed post petition taxes as they come due.

### Notes to MOR-5:

The Debtors' only age the customer accounts receivables in the normal course of the Debtors' operations. Ad sales receivables and other receivables primarily represent receivables from vendors and other relationships. Historically, write-offs have been insignificant for these accounts and therefore, the Debtors do not monitor on an aging basis.

### Notes to MOR-6:
The Debtors have not included any ordinary course transfers or balances between affiliates in these sections. In the ordinary course of business, the Debtors are obligated to withhold amounts from the paychecks of various regular employees in connection with garnishment orders or other state law withholding orders. The Debtors believe that these amounts do not constitute property of the estate and, accordingly, are not responsive to this question. Moreover, out of concerns for the confidentiality of the Debtors' employees, the Debtors have not listed any such garnishment in response to this question.

### Notes to MOR-7:

The Debtors have made payments of pre-petition liabilities in accordance with orders of the Bankruptcy Court specifically authorizing payment of certain pre-petition liabilities.
The Debtors have not entered into agreements for debtor-in-possession (DIP) financing.
Based on the Debtors' cash management practices, management agreements, and U.S. GAAP rules on "pushdown accounting" amounts from related parties are created.
The Debtors believe that all undisputed post-petition accounts payable have been and are being paid under the Debtors' terms and conditions.

MOR-1a

In re Charter Communications, Inc. et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 09-11435 |
| Reporting Period: | 30-Jun-09 |
| Federal Tax I.D. # | 43-1857213 |

## Schedule of Cash Receipts
(000's)

TIME PERIOD:

(see Notes to the MOR related to MOR-1a)

| Debtor | Case Number | Cash Receipts |
|---|---|---|
| Charter Communications Holding Company, LLC | 09-11442 | $ 112 |
| Charter Communications Operating, LLC | 09-11449 | 585,405 |
| **Total Cash Receipts** | | **$ 585,517** |

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. #: 43-1857213

## Schedule of Disbursements
(000's)

**TIME PERIOD:** (see Notes to the MOR related to MOR-1b)

| Debtor | Case Number | Disbursements |
|---|---|---|
| Ausable Cable TV, Inc. | 09-11434 | $ - |
| Charter Communications, Inc. | 09-11435 | - |
| Hometown TV, Inc. | 09-11436 | - |
| Plattsburgh Cablevision, Inc. | 09-11437 | - |
| Charter Communications Entertainment I, LLC | 09-11439 | 205 |
| Falcon First Cable of New York, Inc. | 09-11441 | - |
| Charter Communications Holding Company, LLC | 09-11442 | 45,262 |
| CCHC, LLC | 09-11443 | - |
| Charter Communications Holdings, LLC | 09-11444 | - |
| CCH I Holdings, LLC | 09-11445 | - |
| CCH I, LLC | 09-11446 | - |
| CCH II, LLC | 09-11447 | - |
| CCO Holdings, LLC | 09-11448 | 9,442 |
| Charter Communications Operating, LLC | 09-11449 | 488,989 |
| American Cable Entertainment Company, LLC | 09-11450 | - |
| Athens Cablevision, Inc. | 09-11451 | - |
| Cable Equities Colorado, LLC | 09-11452 | - |
| Cable Equities of Colorado Management Corp. | 09-11454 | - |
| CC 10, LLC | 09-11455 | - |
| CC Fiberlink, LLC | 09-11456 | - |
| CC Michigan, LLC | 09-11457 | - |
| CC Systems, LLC | 09-11458 | - |
| CC V Holdings, LLC | 09-11459 | - |
| CC VI Fiberlink, LLC | 09-11460 | - |
| CC VI Operating Company, LLC | 09-11461 | - |
| CC VII Fiberlink, LLC | 09-11462 | - |
| CC VIII Fiberlink, LLC | 09-11463 | - |
| CC VIII Holdings, LLC | 09-11464 | - |
| CC VIII Leasing of Wisconsin, LLC | 09-11465 | - |
| CC VIII Operating, LLC | 09-11466 | - |
| CC VIII, LLC | 09-11468 | 77 |
| CCH I Capital Corp. | 09-11469 | - |
| CCH I Holdings Capital Corp. | 09-11470 | - |
| CCH II Capital Corp. | 09-11471 | - |
| CCO Fiberlink, LLC | 09-11472 | - |
| CCO Holdings Capital Corp. | 09-11473 | - |
| CCO NR Holdings, LLC | 09-11475 | - |
| CCO Purchasing, LLC | 09-11476 | - |
| Charter Advertising of Saint Louis, LLC | 09-11477 | - |
| Charter Cable Leasing of Wisconsin, LLC | 09-11478 | - |
| Charter Cable Operating Company, LLC | 09-11479 | - |
| Charter Cable Partners, LLC | 09-11480 | - |
| Charter Communications Entertainment, LLC | 09-11482 | - |
| Charter Communications Entertainment I, DST | 09-11485 | - |
| Charter Communications Entertainment II, LLC | 09-11486 | - |
| Charter Communications Holdings Capital Corp | 09-11487 | - |
| Charter Communications Operating Capital Corp. | 09-11488 | - |
| Charter Communications Properties, LLC | 09-11489 | - |

In re Charter Communications, Inc. et al.

| | | |
|---|---|---|
| Case No. (Jointly Administered) | | 09-11435 |
| Reporting Period: | | 30-Jun-09 |
| Federal Tax I.D. # | | 43-1857213 |

## Schedule of Disbursements
(000's)

TIME PERIOD:

(see Notes to the MOR related to MOR-1b)

| Debtor | Case Number | Disbursements |
|---|---|---|
| Charter Communications V, LLC | 09-11490 | - |
| Charter Communications Ventures, LLC | 09-11491 | - |
| Charter Communications VI, LLC | 09-11492 | - |
| Charter Communications VII, LLC | 09-11493 | - |
| Charter Communications, LLC | 09-11494 | - |
| Charter Distribution, LLC | 09-11495 | - |
| Charter Fiberlink - Alabama, LLC | 09-11496 | - |
| Charter Fiberlink AR-CCVII, LLC | 09-11497 | - |
| Charter Fiberlink AZ-CCVII, LLC | 09-11498 | - |
| Charter Fiberlink CA-CCO, LLC | 09-11499 | - |
| Charter Fiberlink CA-CCVII, LLC | 09-11500 | - |
| Charter Fiberlink CC VIII, LLC | 09-11501 | - |
| Charter Fiberlink CCO, LLC | 09-11502 | - |
| Charter Fiberlink CT-CCO, LLC | 09-11503 | - |
| Charter Fiberlink - Georgia, LLC | 09-11505 | - |
| Charter Fiberlink ID-CCVII, LLC | 09-11506 | - |
| Charter Fiberlink - Illinois, LLC | 09-11507 | - |
| Charter Fiberlink IN-CCO, LLC | 09-11508 | - |
| Charter Fiberlink KS-CCO, LLC | 09-11509 | - |
| Charter Fiberlink LA-CCO, LLC | 09-11510 | - |
| Charter Fiberlink MA-CCO, LLC | 09-11511 | - |
| Charter Fiberlink - Michigan, LLC | 09-11512 | - |
| Charter Fiberlink - Missouri, LLC | 09-11513 | - |
| Charter Fiberlink MS-CCVI, LLC | 09-11514 | - |
| Charter Fiberlink NC-CCO, LLC | 09-11515 | - |
| Charter Fiberlink NC-CCVII, LLC | 09-11516 | - |
| Charter Fiberlink - Nebraska, LLC | 09-11517 | - |
| Charter Fiberlink NH-CCO, LLC | 09-11518 | - |
| Charter Fiberlink NM-CCO, LLC | 09-11519 | - |
| Charter Fiberlink NV-CCVII, LLC | 09-11520 | - |
| Charter Fiberlink NY-CCO, LLC | 09-11521 | - |
| Charter Fiberlink NY-CCVII, LLC | 09-11522 | - |
| Charter Fiberlink OH-CCO, LLC | 09-11523 | - |
| Charter Fiberlink OK-CCVII, LLC | 09-11524 | - |
| Charter Fiberlink OR-CCVII, LLC | 09-11525 | - |
| Charter Fiberlink SC-CCO, LLC | 09-11526 | - |
| Charter Fiberlink SC-CCVII, LLC | 09-11527 | - |
| Charter Fiberlink - Tennessee, LLC | 09-11528 | - |
| Charter Fiberlink TX-CCO, LLC | 09-11529 | - |
| Charter Fiberlink UT-CCVII, LLC | 09-11530 | - |
| Charter Fiberlink VA-CCO, LLC | 09-11531 | - |
| Charter Fiberlink VT-CCO, LLC | 09-11532 | - |
| Charter Fiberlink WA-CCVII, LLC | 09-11533 | - |
| Charter Fiberlink - Wisconsin, LLC | 09-11534 | - |
| Charter Fiberlink WV-CCO, LLC | 09-11535 | - |
| Charter Fiberlink, LLC | 09-11536 | - |
| Charter Gateway, LLC | 09-11537 | - |
| Charter Helicon, LLC | 09-11538 | - |
| Charter RMG, LLC | 09-11541 | - |

MOR-1b

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. #: 43-1857213

## Schedule of Disbursements
(000's)

**TIME PERIOD:**

(see Notes to the MOR related to MOR-1b)

| Debtor | Case Number | Disbursements |
|---|---|---|
| Charter Stores FCN, LLC | 09-11542 | - |
| Charter Video Electronics, Inc. | 09-11543 | - |
| Dalton Cablevision, Inc. | 09-11544 | - |
| Enstar Communications Corporation | 09-11545 | - |
| Falcon Cable Communications, LLC | 09-11546 | - |
| Falcon Cable Media, a California Limited Partnership | 09-11547 | - |
| Falcon Cable Systems Company II, L.P. | 09-11548 | - |
| Falcon Cablevision, a California Limited Partnership | 09-11549 | - |
| Falcon Community Cable, L.P. | 09-11550 | - |
| Falcon Community Ventures I, LP | 09-11551 | - |
| Falcon First Cable of the Southeast, Inc. | 09-11552 | - |
| Falcon First, Inc. | 09-11553 | - |
| Falcon Telecable, a California Limited Partnership | 09-11554 | - |
| Falcon Video Communications, L.P. | 09-11555 | - |
| Helicon Partners I, L.P. | 09-11556 | - |
| HPI Acquisition Co., L.L.C. | 09-11557 | - |
| Interlink Communications Partners, LLC | 09-11558 | - |
| Long Beach, LLC | 09-11559 | - |
| Marcus Cable Associates, L.L.C. | 09-11560 | - |
| Marcus Cable of Alabama, L.L.C. | 09-11561 | - |
| Marcus Cable, Inc. | 09-11562 | - |
| Midwest Cable Communications, Inc. | 09-11564 | - |
| Peachtree Cable TV, L.P. | 09-11565 | - |
| Peachtree Cable T.V., LLC | 09-11566 | - |
| Renaissance Media LLC | 09-11567 | - |
| Rifkin Acquisition Partners, LLC | 09-11568 | - |
| Robin Media Group, Inc. | 09-11569 | - |
| Scottsboro TV Cable, Inc. | 09-11570 | - |
| Tennessee, LLC | 09-11572 | - |
| The Helicon Group, L.P. | 09-11573 | - |
| Tioga Cable Company, Inc. | 09-11574 | - |
| Vista Broadband Communications, LLC | 09-11575 | - |
| Pacific Microwave | 09-12400 | - |
| | $ | 543,975 |

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09
Federal Tax I.D. #: 43-1857213

## Bank Account Information
(000's)

| Legal Entity | Case No. | Bank and account description | Bank Account No. | Bank Balance |
|---|---|---|---|---|
| CCH I Holdings, LLC | 09-11445 | US Bank / Demand disbursement account | 152304868911 | $ - |
| CCH I, LLC | 09-11446 | US Bank / Demand disbursement account | 152305405168 | 4 |
| CCH I, LLC | 09-11446 | US Bank / Investment account | 475000201 | 3,836 |
| CCH II, LLC | 09-11447 | US Bank / Demand disbursement account | 152302057962 | - |
| CCH II, LLC | 09-11447 | US Bank / Investment account | 475000204 | 5,118 |
| Charter Communications Holdings, LLC | 09-11444 | US Bank / Investment account | 475000200 | - |
| Charter Communications, Inc. | 09-11435 | US Bank - Stock Option / Stock option deposit account | 1005038623 | 32 |
| Charter Communications, Inc. | 09-11435 | Bank Of America / Investment account | 394744 | - |
| Charter Communications, Inc. | 09-11435 | US Bank / Demand disbursement account | 152302001101 | 5,217 |
| Charter Communications, Inc. | 09-11435 | US Bank / Controlled disbursement account | 152302013767 | - |
| Charter Communications, Inc. | 09-11435 | US Bank / Investment account | 475000202 | 2,316 |
| Charter Communications Holding Company, LLC | 09-11442 | US Bank / Demand disbursement account | 152306013342 | - |
| CCO Holdings, LLC | 09-11448 | HSBC / Investment Account | 975971 | 67,146 |
| CCO Holdings, LLC | 09-11448 | US Bank / Demand disbursement account | 152302057970 | - |
| CCO Holdings, LLC | 09-11448 | US Bank / Investment account | 475000203 | 267 |
| Charter Communcations Operating LLC | 09-11449 | Union Bank of California / Certificate of deposit | 1879000147 | 5 |
| Charter Communications Entertainment I, LLC | 09-11439 | First Bank / Property management account | 9800820944 | 51 |
| Charter Communications Holdings, LLC | 09-11444 | First Bank / Property management account | 9800820957 | 62 |
| Charter Communications Holdings, LLC | 09-11444 | US Bank / Demand disbursement account | 152302001119 | - |
| Charter Communications Operating, LLC | 09-11449 | Adams Bank & Trust / Local depository account | 2242310 | 7 |
| Charter Communications Operating, LLC | 09-11449 | Alden State Bank / Local depository account | 101052012 | 1 |
| Charter Communications Operating, LLC | 09-11449 | AM South / Local depository account | 32018428 | 138 |
| Charter Communications Operating, LLC | 09-11449 | Am South / Local depository account | 37317776 | - |
| Charter Communications Operating, LLC | 09-11449 | American Bank / Local depository account | 86172410 | 449 |
| Charter Communications Operating, LLC | 09-11449 | American West Bank / Local depository account | 200608453 | 2 |
| Charter Communications Operating, LLC | 09-11449 | AmSouth Bank / Local depository account | 6221750 | 64 |
| Charter Communications Operating, LLC | 09-11449 | AmSouth Bank / Local depository account | 6221807 | 183 |
| Charter Communications Operating, LLC | 09-11449 | AmSouth Bank / Local depository account | 6221815 | 2 |
| Charter Communications Operating, LLC | 09-11449 | AmSouth Bank / Local depository account | 5654696 | 144 |
| Charter Communications Operating, LLC | 09-11449 | AmSouth Bank-Hammond / Local depository account | 9200243450 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Associated Bank / Local depository account | 2213030733 | 115 |
| Charter Communications Operating, LLC | 09-11449 | Associated Bank / Local depository account | 2223108206 | 34 |
| Charter Communications Operating, LLC | 09-11449 | Athens First Bank / Local depository account | 1054017750 | 54 |
| Charter Communications Operating, LLC | 09-11449 | Bank Independent / Local depository account | 8008500681 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Bank Midwest / Local depository account | 13178 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Bank of Abbeville / Local depository account | 113009674 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 109509008 | 17 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 609414000 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 609914050 | 9 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1233307961 | - |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1233702297 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1233707006 | 7 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1235108257 | 273 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1235780151 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1257028021 | 20 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1257325347 | 33 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1257628023 | 11 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1257828022 | 46 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 1257925344 | 20 |
| Charter Communications Operating, LLC | 09-11449 | Bank Of America / Investment Account | 22401911 | - |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 3470686048 | 14 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 3750611937 | 28 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 700094601 | 66 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 9368706723 | 43 |
| Charter Communications Operating, LLC | 09-11449 | Bank of America / Local depository account | 9434965396 | 11 |
| Charter Communications Operating, LLC | 09-11449 | Bank of Camden / Local depository account | 11152966 | 4 |
| Charter Communications Operating, LLC | 09-11449 | Bank of Crockett / Local depository account | 559334 | 4 |
| Charter Communications Operating, LLC | 09-11449 | Bank of Kentucky / ACH returns account | 164763 | 173 |
| Charter Communications Operating, LLC | 09-11449 | Bank of Putnam / Local depository account | 12026581 | 45 |
| Charter Communications Operating, LLC | 09-11449 | Bank of Washington / Local depository account | 2503431 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Bank One / Local depository account | 135000252845 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Bank One / Local depository account | 175001832484 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Bank One / Local depository account | 362916584 | 60 |
| Charter Communications Operating, LLC | 09-11449 | Bank One / Local depository account | 362916664 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Bank Star One / Local depository account | 13072 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Banknorth N.A. / Local depository account | 3600086846 | 37 |
| Charter Communications Operating, LLC | 09-11449 | Baraboo National / Local depository account | 101062603 | 10 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 110032412 | 129 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 5122522379 | 14 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 5123429496 | 222 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 5124251925 | 24 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 5215212434 | 124 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 5219222965 | 202 |
| Charter Communications Operating, LLC | 09-11449 | BB&T / Local depository account | 5220414266 | 19 |
| Charter Communications Operating, LLC | 09-11449 | BB&T Bank / Local depository account | 5194813688 | 32 |
| Charter Communications Operating, LLC | 09-11449 | BB&T Bank / Local depository account | 5213645929 | 15 |
| Charter Communications Operating, LLC | 09-11449 | BB&T Bank / Local depository account | 5238844403 | 101 |
| Charter Communications Operating, LLC | 09-11449 | Black Earth / Local depository account | 804460 | - |
| Charter Communications Operating, LLC | 09-11449 | Black River Country Bank / Local depository account | 6093012 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Bremer Bank / Local depository account | 30635 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Bremer Bank / Local depository account | 8601026830 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Capital City Bank / Local depository account | 3401018101 | 24 |
| Charter Communications Operating, LLC | 09-11449 | Capital City Bank / Local depository account | 4511723101 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Capital One / Local depository account | 4202066 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Capital One / Local depository account | 9120010996 | 66 |
| Charter Communications Operating, LLC | 09-11449 | Carter County Bank / Local depository account | 10013261 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Cashmere Valley Bank / Local depository account | 25005844 | 17 |
| Charter Communications Operating, LLC | 09-11449 | Catahoula-LaSalle Bank / Local depository account | 123234 | 4 |
| Charter Communications Operating, LLC | 09-11449 | Central Bank of Lake of the Ozarks / Local depository account | 762568 | 17 |

MOR-1c

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. #: 43-1857213

## Bank Account Information
(000's)

| Legal Entity | Case No. | Bank and account description | Bank Account No. | Bank Balance |
|---|---|---|---|---|
| Charter Communications Operating, LLC | 09-11449 | Central Savings Bank / Local depository account | 1502780 | 16 |
| Charter Communications Operating, LLC | 09-11449 | Centura Bank / Local depository account | 900113959 | 12 |
| Charter Communications Operating, LLC | 09-11449 | Century Bank & Trust / Local depository account | 4001353301 | 28 |
| Charter Communications Operating, LLC | 09-11449 | Charter Bank / Local depository account | 115931 | - |
| Charter Communications Operating, LLC | 09-11449 | Chase Bank / Local depository account | 1884424837 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Chase Bank / Local depository account | 295000108106 | 23 |
| Charter Communications Operating, LLC | 09-11449 | Chemical Bank / Local depository account | 1004414617 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Chemical Bank / Local depository account | 9054545 | 119 |
| Charter Communications Operating, LLC | 09-11449 | Citizens Bank / Local depository account | 213551 | - |
| Charter Communications Operating, LLC | 09-11449 | Citizens Bank / Local depository account | 4510208418 | 78 |
| Charter Communications Operating, LLC | 09-11449 | Citizens Bank / Local depository account | 4514608704 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Citizens Bank / Local depository account | 4518423423 | - |
| Charter Communications Operating, LLC | 09-11449 | Citizen's Bank – Spencer / Local depository account | 352489 | 20 |
| Charter Communications Operating, LLC | 09-11449 | Citizens National Bank / Local depository account | 4061354 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Citizens State Bank / Local depository account | 3485101 | 19 |
| Charter Communications Operating, LLC | 09-11449 | Citizen's Tri County Bank / Local depository account | 503002330 | 20 |
| Charter Communications Operating, LLC | 09-11449 | Citizens Union State Bank / Local depository account | 33359 | 9 |
| Charter Communications Operating, LLC | 09-11449 | City National Bank of Colorado City / Local depository account | 12106101 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Community State Bank / Local depository account | 213225 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Decatur County / Local depository account | 115193 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Desert Community Bank / Local depository account | 06007783-01 | - |
| Charter Communications Operating, LLC | 09-11449 | Deutsche Bank / Investment account | 26093938 | - |
| Charter Communications Operating, LLC | 09-11449 | Douglas National Bank / Local depository account | 1001122 | 17 |
| Charter Communications Operating, LLC | 09-11449 | Farmers & Merchants / Local depository account | 1005653 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Farmers & Merchants Bank / Local depository account | 505873201 | 43 |
| Charter Communications Operating, LLC | 09-11449 | Farmers Bank / Local depository account | 1901896700 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Farmers State Bank / Local depository account | 102728 | - |
| Charter Communications Operating, LLC | 09-11449 | Fidelity Direct / Investment account | 702891945 | 309,767 |
| Charter Communications Operating, LLC | 09-11449 | Fifth Third Bank / Local depository account | 1020006519 | - |
| Charter Communications Operating, LLC | 09-11449 | Fifth Third Bank / Local depository account | 2556413 | 79 |
| Charter Communications Operating, LLC | 09-11449 | Fifth Third Bank / Local depository account | 7510598837 | 58 |
| Charter Communications Operating, LLC | 09-11449 | Fifth Third Bank / Local depository account | 7514654529 | 15 |
| Charter Communications Operating, LLC | 09-11449 | Fifth Third Bank / Local depository account | 7680810350 | 2 |
| Charter Communications Operating, LLC | 09-11449 | First Bank / Local depository account | 12012753 | 14 |
| Charter Communications Operating, LLC | 09-11449 | First Bank / Local depository account | 9901901225 | 2 |
| Charter Communications Operating, LLC | 09-11449 | First Bank / Local depository account | 9928900186 | 2 |
| Charter Communications Operating, LLC | 09-11449 | First Bank - 1333 / Local depository account | 9935801333 | 2 |
| Charter Communications Operating, LLC | 09-11449 | First Bank - Huntingdon / Local depository account | 10495045 | 4 |
| Charter Communications Operating, LLC | 09-11449 | First Bank and Trust / Local depository account | 319336 | 8 |
| Charter Communications Operating, LLC | 09-11449 | First Citizens Bank / Local depository account | 1571729 | - |
| Charter Communications Operating, LLC | 09-11449 | First Citizens Bank / Local depository account | 3062315276 | 1 |
| Charter Communications Operating, LLC | 09-11449 | First Collinsville Bank / Local depository account | 321940601 | 4 |
| Charter Communications Operating, LLC | 09-11449 | First Community Bank / Local depository account | 27685 | 7 |
| Charter Communications Operating, LLC | 09-11449 | First Farmers & Merchants / Local depository account | 55002733 | 39 |
| Charter Communications Operating, LLC | 09-11449 | First Mountain Bank / Local depository account | 001-025996 | 15 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank of Wadena / Local depository account | 112731 | 9 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 1004212 | 8 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 2001691 | 35 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 22145941 | 51 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 232110301 | 6 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 45008380 | - |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 64477 | 1 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank / Local depository account | 8706 | 8 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank of Littlefield / Local depository account | 163031 | - |
| Charter Communications Operating, LLC | 09-11449 | First National Bank of Omaha / ACH settlement account | 110205449 | 100 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank of Omaha / ACH returns account | 110205452 | - |
| Charter Communications Operating, LLC | 09-11449 | First National Bank of Polk Co. / Local depository account | 131377 | 22 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank of Waupaca / Local depository account | 67213122 | 10 |
| Charter Communications Operating, LLC | 09-11449 | First National Bank-Hartford / Local depository account | 12091801 | 2 |
| Charter Communications Operating, LLC | 09-11449 | First State / Local depository account | 33386676 | - |
| Charter Communications Operating, LLC | 09-11449 | First State Bank / Local depository account | 165084 | 1 |
| Charter Communications Operating, LLC | 09-11449 | First State Community Bank / Local depository account | 1036009 | 30 |
| Charter Communications Operating, LLC | 09-11449 | First Tennessee Bank / Local depository account | 1700100272061 | - |
| Charter Communications Operating, LLC | 09-11449 | First Tennessee Bank / Local depository account | 1700179763676 | 59 |
| Charter Communications Operating, LLC | 09-11449 | Fifth Third Bank / Local depository account | 7511720638 | 12 |
| Charter Communications Operating, LLC | 09-11449 | First Volunteer / Local depository account | 21164 | 16 |
| Charter Communications Operating, LLC | 09-11449 | Green Bank (Cocke County Bank) / Local depository account | 2143841 | 4 |
| Charter Communications Operating, LLC | 09-11449 | Hardin County / Local depository account | 80017002 | 21 |
| Charter Communications Operating, LLC | 09-11449 | High County Bank / Local depository account | 2010002752 | 19 |
| Charter Communications Operating, LLC | 09-11449 | Home State Bank / Local depository account | 1007626 | 32 |
| Charter Communications Operating, LLC | 09-11449 | Honor State Bank / Local depository account | 121665 | 26 |
| Charter Communications Operating, LLC | 09-11449 | Horicon State Bank / Local depository account | 120969 | - |
| Charter Communications Operating, LLC | 09-11449 | HSBC / Investment account | 973519 | 250,624 |
| Charter Communications Operating, LLC | 09-11449 | Huron Community Bank / Local depository account | 7014079 | 12 |
| Charter Communications Operating, LLC | 09-11449 | Independent Bank / Local depository account | 73158347 | 28 |
| Charter Communications Operating, LLC | 09-11449 | Ishpeming Comm. Federal C.U. / Local depository account | 14000 | 6 |
| Charter Communications Operating, LLC | 09-11449 | JPMC / Retail lockbox account | 11648785 | 1,596 |
| Charter Communications Operating, LLC | 09-11449 | JPMorgan Chase Bank / Local depository account | 1570160711 | 27 |
| Charter Communications Operating, LLC | 09-11449 | JPMorgan Chase Bank / Local depository account | 1576385205 | 6 |
| Charter Communications Operating, LLC | 09-11449 | Klein Bank / Local depository account | 20108 | 34 |
| Charter Communications Operating, LLC | 09-11449 | Liberty National Bank / Local depository account | 422501077 | 14 |
| Charter Communications Operating, LLC | 09-11449 | M & I Bank / Local depository account | 222200 | 21 |
| Charter Communications Operating, LLC | 09-11449 | M & I Bank / Local depository account | 7727522 | 3 |
| Charter Communications Operating, LLC | 09-11449 | M & I Bank / Local depository account | 9148458 | 42 |
| Charter Communications Operating, LLC | 09-11449 | M & I Central Bank / Local depository account | 9769903 | 15 |
| Charter Communications Operating, LLC | 09-11449 | M&I New Holstein / Local depository account | 11606551 | 2 |
| Charter Communications Operating, LLC | 09-11449 | M&I West Bend / Local depository account | 12869879 | 21 |
| Charter Communications Operating, LLC | 09-11449 | Merchants and Farmers / Local depository account | 608866 | 8 |
| Charter Communications Operating, LLC | 09-11449 | Merchants Bank / Local depository account | 6065007 | 7 |

## Bank Account Information
(000's)

| Legal Entity | Case No. | Bank and account description | Bank Account No. | Bank Balance |
|---|---|---|---|---|
| Charter Communications Operating, LLC | 09-11449 | MidSouth Bank / Local depository account | 1118552 | 37 |
| Charter Communications Operating, LLC | 09-11449 | Mojave Desert Bank / Local depository account | 041-004201 | 4 |
| Charter Communications Operating, LLC | 09-11449 | Monroe Bank & Trust / Local depository account | 100029112 | 31 |
| Charter Communications Operating, LLC | 09-11449 | National City / Local depository account | 213023349 | 14 |
| Charter Communications Operating, LLC | 09-11449 | National City Bank of Mich/Illinois / Local depository account | 1432673 | 6 |
| Charter Communications Operating, LLC | 09-11449 | NBSC / Local depository account | 3511742801 | 56 |
| Charter Communications Operating, LLC | 09-11449 | New Glarus / Local depository account | 116724 | - |
| Charter Communications Operating, LLC | 09-11449 | North Country Bank & Trust / Local depository account | 14449 | 2 |
| Charter Communications Operating, LLC | 09-11449 | North Middlesex Savings Bank / Local depository account | 308004706 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Northern State Bank / Local depository account | 1028386 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Northwestern Savings Bank / Local depository account | 116005707 | 29 |
| Charter Communications Operating, LLC | 09-11449 | Panola National Bank / Local depository account | 1004573 | - |
| Charter Communications Operating, LLC | 09-11449 | Parish National Bank / Local depository account | 10156574 | - |
| Charter Communications Operating, LLC | 09-11449 | Peninsula Bank / Local depository account | 33068 | 6 |
| Charter Communications Operating, LLC | 09-11449 | Peoples Bank / Local depository account | 113212 | 11 |
| Charter Communications Operating, LLC | 09-11449 | People's Bank / Local depository account | 30045568 | 18 |
| Charter Communications Operating, LLC | 09-11449 | Peoples State Bank / Local depository account | 15453 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Pinnacle Bank - Beatrice / Local depository account | 191997 | 13 |
| Charter Communications Operating, LLC | 09-11449 | Plumas Bank / Local depository account | 121011099 | - |
| Charter Communications Operating, LLC | 09-11449 | PNC Bank / Local depository account | 5505510105 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Prairie Du Sac / Local depository account | 124409 | - |
| Charter Communications Operating, LLC | 09-11449 | Premier / Local depository account | 125006 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Range Bank / Local depository account | 78588 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Range Bank / Local depository account | 8701631 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 1911005245 | - |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 200528994 | 322 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 3082105 | 41 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 4830466654 | - |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 5400010155 | 114 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 6500021878 | 14 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 6801008234 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 7880019127 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 8040635472 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 8150233811 | 23 |
| Charter Communications Operating, LLC | 09-11449 | Regions Bank / Local depository account | 98796097 | 65 |
| Charter Communications Operating, LLC | 09-11449 | River Valley State Bank / Local depository account | 53024 | 14 |
| Charter Communications Operating, LLC | 09-11449 | Security Bank / Local depository account | 2109395 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Security First Bank-Sidney / Local depository account | 101042909 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Shore Bank / Local depository account | 571700574 | 4 |
| Charter Communications Operating, LLC | 09-11449 | Siuslaw Valley Bank / Local depository account | 49102160 | 3 |
| Charter Communications Operating, LLC | 09-11449 | South Louisiana Bank / Local depository account | 159174 | 21 |
| Charter Communications Operating, LLC | 09-11449 | Southeast Bank & Trust / Local depository account | 1009562 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Southern Michigan Bank & Trust / Local depository account | 300021250 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Sovereign Bank / Local depository account | 30100024345 | 258 |
| Charter Communications Operating, LLC | 09-11449 | Sovereign Bank / Local depository account | 30100024378 | 8 |
| Charter Communications Operating, LLC | 09-11449 | Springfield State Bank / Local depository account | 5017511 | 5 |
| Charter Communications Operating, LLC | 09-11449 | State Street / Investment account | 1216200843 | 316,455 |
| Charter Communications Operating, LLC | 09-11449 | Sterling Savings Bank / Local depository account | 1070049430 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Sterling Savings Bank / Local depository account | 81974975318 | 19 |
| Charter Communications Operating, LLC | 09-11449 | SunTrust / Local depository account | 1002565677 | 31 |
| Charter Communications Operating, LLC | 09-11449 | Suntrust Bank / Local depository account | 141043522 | 30 |
| Charter Communications Operating, LLC | 09-11449 | Suntrust-Crestar / Local depository account | 203071670 | 10 |
| Charter Communications Operating, LLC | 09-11449 | The First National Bank / Local depository account | 107557 | 26 |
| Charter Communications Operating, LLC | 09-11449 | The Palmetto Bank / Local depository account | 1150926 | 19 |
| Charter Communications Operating, LLC | 09-11449 | The Union Bank / Local depository account | 1134027 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Third National Bank / Local depository account | 39314 | 11 |
| Charter Communications Operating, LLC | 09-11449 | Tier One Bank / Local depository account | 101230754 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Town and Country Bank / Local depository account | 1023740401 | 1 |
| Charter Communications Operating, LLC | 09-11449 | TRI Parish Bank / Local depository account | 111959303 | 29 |
| Charter Communications Operating, LLC | 09-11449 | Trustmark National Bank / Local depository account | 4003391323 | - |
| Charter Communications Operating, LLC | 09-11449 | U.S. Bank / Local depository account | 196604508 | - |
| Charter Communications Operating, LLC | 09-11449 | Umpqua Bank / Local depository account | 250019960 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Union Bank / Local depository account | 10001141589 | 11 |
| Charter Communications Operating, LLC | 09-11449 | Union Planters / Local depository account | 6900592823 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Union Planters Bank / Local depository account | 180661 | - |
| Charter Communications Operating, LLC | 09-11449 | Union Planters Bank / Local depository account | 3531701741 | 18 |
| Charter Communications Operating, LLC | 09-11449 | United Community Bank / Local depository account | 906530 | - |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 104755795465 | 62 |
| Charter Communications Operating, LLC | 09-11449 | US BANK / Local depository account | 104755819091 | 26 |
| Charter Communications Operating, LLC | 09-11449 | US BANK / Local depository account | 104755831948 | 30 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 148810488558 | 23 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Credit card depository account | 152302001788 | 247 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 152302002851 | 396 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Retail and wholesale lockbox account | 152302005128 | 3,316 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 152302006605 | 792 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 152302010938 | 1 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 152304528986 | 389 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 152305960899 | 56 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153590277783 | 112 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153601866798 | 2 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153602060946 | 11 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153606942016 | 23 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153690288060 | - |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 153910166609 | 70 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 153910166617 | 68 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 153910166625 | 93 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 153910166633 | 119 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153910166641 | 441 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 153910171856 | 72 |

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09
Federal Tax I.D. #: 43-1857213

## Bank Account Information
(000's)

| Legal Entity | Case No. | Bank and account description | Bank Account No. | Bank Balance |
|---|---|---|---|---|
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 153910190518 | 139 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 182355898822 | 23 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 260520379 | 21 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 260680735 | 17 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 293143756 | 19 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Controlled disbursement account | 3507002677 | - |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 4100128646 | 38 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Main concentration account | 4346849369 | 14,889 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Investment account | 475000199 | - |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Local depository account | 491828109 | 32 |
| Charter Communications Operating, LLC | 09-11449 | US Bank / Wholesale lockbox account | 492792742 | 48 |
| Charter Communications Operating, LLC | 09-11449 | Vineyard National Bank / Local depository account | 5100046 | 12 |
| Charter Communications Operating, LLC | 09-11449 | Wachovia / Local depository account | 2000001128918 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Wachovia / Local depository account | 2000001683974 | 5 |
| Charter Communications Operating, LLC | 09-11449 | Wachovia / Local depository account | 2000032587120 | 10 |
| Charter Communications Operating, LLC | 09-11449 | Wachovia / Local depository account | 2000045241152 | 14 |
| Charter Communications Operating, LLC | 09-11449 | Wachovia / Local depository account | 2000603203862 | - |
| Charter Communications Operating, LLC | 09-11449 | Wachovia / Local depository account | 2000630847084 | 12 |
| Charter Communications Operating, LLC | 09-11449 | Walworth State Bank / Local depository account | 28711 | 9 |
| Charter Communications Operating, LLC | 09-11449 | Washington Mutual / Local depository account | 93500000127910 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 1790003244 | - |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4000051284 | - |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4055007175 | 1 |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4121536569 | - |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4121695969 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 4121821375 | 273 |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4496872151 | - |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4801896242 | 109 |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo / Local depository account | 4945066348 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5119980 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120004 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120012 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120020 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120046 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120053 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120079 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120095 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120103 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120111 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120129 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120137 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 494-5120145 | - |
| Charter Communications Operating, LLC | 09-11449 | WELLS FARGO / Local depository account | 4945227072 | - |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo Bank / Local depository account | 422038075 | - |
| Charter Communications Operating, LLC | 09-11449 | Wells Fargo Bank Michigan N.A. / Local depository account | 36269 | - |
| Charter Communications Operating, LLC | 09-11449 | West America Bank / Local depository account | 150539427 | - |
| Charter Communications Operating, LLC | 09-11449 | West Central GA Bank / Local depository account | 18382 | 23 |
| Charter Communications Operating, LLC | 09-11449 | Western Bank / Local depository account | 3052966 | 26 |
| Charter Communications Operating, LLC | 09-11449 | Wilson Bank & Trust / Local depository account | 500751 | 17 |
| Charter Communications Operating, LLC | 09-11449 | Wood and Huston Bank / Local depository account | 107689 | 3 |
| Charter Communications Operating, LLC | 09-11449 | Wood County National Bank / Local depository account | 1139848 | 24 |
| Charter Communications Operating, LLC | 09-11449 | Woodsville Guaranty Bank / Local depository account | 26301180 | 2 |
| Charter Communications Operating, LLC | 09-11449 | Chase Bank / Petty cash checking account | 6611501229 | 40 |
| Charter Communications Operating, LLC | 09-11449 | Firstar (US Bank) / Petty cash checking account | 260307172 | 130 |
| Charter Communications Operating, LLC | 09-11449 | Union Bank of California / Petty cash checking account | 4570001154 | - |
| Charter Communications, Inc | 09-11435 | US Bank / Demand deposit manual payroll account | 1005037575 | 33 |
| Charter Communications, Inc | 09-11435 | US Bank / Controlled disbursement manual payroll account | 152302014369 | - |
| Charter Communications Operating, LLC | 09-11449 | US Bank/ Ad sales Wholesale lockbox account | 152308788701 | 500 |
| CCH I Holdings, LLC | 09-11445 | US Bank / Investment account | 475000205 | - |
| Falcon Cable Communications LLC | 09-11546 | Union Bank of California / Certificate of deposit | 1879000139 | 150 |
| Falcon Cable Systems CO II LP | 09-11548 | Union Bank of California / Certificate of deposit | 1879000170 | 50 |
| Falcon Cablevision, a California Limited Partnership | 09-11549 | Union Bank of California / Certificate of deposit | 1879000238 | 2 |
| Falcon Community Cable LP | 09-11550 | Union Bank of California / Certificate of deposit | 19604255 | 10 |
| Falcon Community Cable LP | 09-11550 | Union Bank of California / Certificate of deposit | 1879000071 | 10 |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638236 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638278 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638317 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638359 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638391 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638430 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638472 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638511 | - |
| Falcon First Cable of New York Inc | 09-11441 | Toronto Dominion / Certificate of deposit | 2000638553 | - |
| Falcon Telecable, a California Limited Partnership | 09-11554 | Union Bank of California / Certificate of deposit | 1879000220 | 25 |
| Irell Escrow Account | | Wilmington Trust / Escrow Account | 092440-000 | 28,428 |
| Interlink Communications Partners, LLC | 09-11558 | Whitaker Bank / Certificate of deposit | 8300018510 | 15 |
| Marquette Board of Light&Power | | Wells Fargo / Certificate of deposit | 449412675 | 8 |
| Charter Communications Operating, LLC | 09-11449 | HSBC / Utility Reserve | 979676 | 4,573 |
| | | | $ | 1,022,583 |

CHARTER COMMUNICATIONS, INC. AND SUBSIDIARIES
(DEBTOR-IN-POSSESSION)
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(DOLLARS IN MILLIONS)
Unaudited

Case No. (Jointly Administered) 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. # 43-1857213

|  | For the One Month Ended June 30, 2009 |
|---|---:|
| REVENUES | $ 563 |
|  |  |
| COSTS AND EXPENSES: |  |
| Operating (excluding depreciation and amortization) | 238 |
| Selling, general and administrative | 119 |
| Depreciation and amortization | 111 |
| Other operating expense | 1 |
| Income from operations | 94 |
|  |  |
| OTHER INCOME (EXPENSES): |  |
| Interest expense, net | (71) |
| Reorganization items, net | (63) |
|  | (134) |
|  |  |
| Loss before income taxes | (40) |
| INCOME TAX EXPENSE | (20) |
| Consolidated net loss | (60) |
| Less: Net loss – noncontrolling interest | 19 |
| Net Loss – Charter shareholders | $ (41) |

MOR-3

**CHARTER COMMUNICATIONS, INC. AND SUBSIDIARIES**
**(DEBTOR-IN-POSSESSION)**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(DOLLARS IN MILLIONS)**
Unaudited

Case No. (Jointly Administered) 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. # 43-1857213

| | As of June 30, 2009 |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
| Cash and cash equivalents | $ 992 |
| Accounts receivable, net | 215 |
| Prepaid expenses and other current assets | 80 |
| Total current assets | 1,287 |
| INVESTMENT IN CABLE PROPERTIES: | |
| Property, plant and equipment, net | 4,871 |
| Franchises, net | 7,377 |
| Total investment in cable properties, net | 12,248 |
| OTHER NONCURRENT ASSETS | 205 |
| Total assets | $ 13,740 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | |
| LIABILITIES NOT SUBJECT TO COMPROMISE: | |
| CURRENT LIABILITIES: | |
| Accounts payable and accrued expenses | $ 1,388 |
| Current portion of long-term debt | 11,757 |
| Total current liabilities | 13,145 |
| OTHER LONG-TERM LIABILITIES | 738 |
| LIABILITIES SUBJECT TO COMPROMISE (INCLUDING AMOUNTS DUE TO RELATED PARTY OF $102) | 10,587 |
| TEMPORARY EQUITY | 259 |
| SHAREHOLDERS' DEFICIT: | |
| Charter shareholders' deficit | (10,813) |
| Noncontrolling interest | (176) |
| Total shareholders' deficit | (10,989) |
| Total liabilities and shareholders' deficit | $ 13,740 |

In re Charter Communications, Inc. et al. Case No. (Jointly Administered)     09-11435
Reporting Period:     30-Jun-09

Federal Tax I.D. #     43-1857213

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
(000's)

| Accounts Receivable Aging | Total |
|---|---:|
| 0 - 29 days old | $ 362,293 |
| 30 - 59 days old | 52,444 |
| 60 - 89 days old | 5,725 |
| 90 - 119 days old | 2,352 |
| 120 + days old | 7,094 |
| Inactive | 13,424 |
| Unapplied/credits and unearned revenue | (321,548) |
| Total customer accounts receivables | 121,784 |
| Ad sales receivables | 32,115 |
| Other receivables | 82,765 |
| Reserves | (21,543) |
| Total Accounts Receivable | $ 215,121 |

In re Charter Communications, Inc. et al.
Case No. (Jointly Administered) 09-11435
Reporting Period: 30-Jun-09
MOR-6

Federal Tax I.D. # 43-1857213

## Payments to Insiders and Professional
(000's)

Of the total disbursements shown on the Schedule of Disbursements Report (MOR-1b) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| Insiders | | | | |
|---|---|---|---|---|
| Name | | | Amount Paid During Month | Total Paid to Date |
| Paul Allen | Board Member (Controlling Shareholder) | | $ - | $ 30 |
| Gregory Doody | Employee | Chief Restructuring Officer and General Counsel | 65 | 184 |
| Marwan Fawaz | Employee | Chief Technical Officer | 39 | 119 |
| Rajive Johri | Board Member | | - | 30 |
| Michael Lovett | Employee | Chief Operating Officer | 60 | 199 |
| Robert May | Board Member | | - | 33 |
| David Merritt | Board Member | | - | 32 |
| Jo Allen Patton | Board Member | | - | 27 |
| Grier Raclin | Employee | Chief Administrative Officer | 38 | 119 |
| Eloise Schmitz | Employee | Chief Financial Officer | 41 | 122 |
| Ted Schremp | Employee | Chief Marketing Officer | 32 | 94 |
| Neil Smit | Employee | Chief Executive Officer | 117 | 353 |
| John Tory | Board Member | | - | 27 |
| Vulcan, Inc | Board Member | | - | 32 |
| Larry Wangberg | Board Member | | - | 29 |
| Total Payments to Insiders | | | $ 392 | $ 1,430 |

| Professionals | | |
|---|---|---|
| Name | Amount Paid During Month | Total Paid to Date |
| Bingham Mccutchen, LLP | $ - | $ 5 |
| Broadridge | - | 155 |
| Covington & Burling, Inc. | - | 24 |
| Renew Data Corporation | - | 74 |
| AlixPartners, LLP | 495 | 495 |
| Brown Rudnik, LLP | 569 | 569 |
| Duff & Phelps, LLC | 118 | 118 |
| Faegre & Benson, LLP | 92 | 92 |
| FTI Consulting, Inc | 366 | 366 |
| Joele Frank, Wilkinson Brimmer Katcher | 76 | 76 |
| Kirkland & Ellis, LLP | 3,329 | 3,329 |
| KPMG, LLC | 287 | 287 |
| Kurtzman Carson Consultants, LLC | 1,492 | 1,492 |
| Lazard Freres & Co, LLC | 600 | 600 |
| Nixon Peabody, LLP | 26 | 26 |
| Ropes & Gray, LLP | 748 | 748 |
| Simpson Thacher & Bartlett, LLP | 2,219 | 2,219 |
| Towers Perrin | 40 | 40 |
| Total Payments to Professionals | $ 10,457 | $ 10,715 |

## Post Petition Secured Notes Adequate Protection Payments
(000's)

| Name of Creditor | Amount Paid During Month | Total Paid to Date |
|---|---|---|
| CCO Holdings, LLC 3rd Lien Bank Credit Facility Interest | $ 5,890 | $ 9,442 |
| Charter Communications Operating 2nd Lien Bonds due 4-30-12 | - | 46,017 |
| Charter Communications Operating 2nd Lien Bonds due 9-15-14 | - | - |
| Charter Communications Operating 2nd Lien Bonds due 4-30-14 | - | 33,673 |
| Charter Communications Operating, LLC Term B Principal Reduction | 16,250 | 32,500 |
| Charter Communications Operating, LLC New Term Principal Reduction | 1,250 | 2,500 |
| Charter Communications Operating, LLC Term B Interest | 35,171 | 130,198 |
| Charter Communications Operating, LLC New Term Interest | 4,014 | 22,071 |
| Charter Communications Operating, LLC Revolver Interest | 7,207 | 30,607 |
| Bank of Montreal | 53 | 106 |
| Calyon | 43 | 81 |
| Citigroup | 49 | 96 |
| Credit Suisse | - | - |
| Deutsche Bank | 174 | 367 |
| JP Morgan Chase | 52 | 110 |
| Rabo Bank | - | - |
| US Bank | 357 | 533 |
| Total Payments | $ 70,510 | $ 308,301 |

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: 30-Jun-09

Federal Tax I.D. #: 43-1857213

### Debtor Questionnaire

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | X | |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | X | |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |