**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) |  |
| CHARTER COMMUNICATIONS, ) | Case No. 09-11435 |
| INC., et al., ) |  |
| ) | Jointly Administered |
| Debtors. ) |  |
| ) |  |
| JPMORGAN CHASE BANK, N.A., ) |  |
| As Administrative Agent, ) |  |
| ) | Adversary Proceeding No. 09-01132 |
| Plaintiff, ) |  |
| ) |  |
| - against- ) |  |
| ) |  |
| CHARTER COMMUNICATIONS ) |  |
| OPERATING, LLC AND CCO ) |  |
| HOLDINGS, LLC ) |  |
| ) |  |
| Defendants. ) |  |

## ORDER NO. 1 ADMITTING LAW DEBENTURE
## TRUST COMPANY OF NEW YORK EXHIBITS INTO EVIDENCE

THIS MATTER having been opened to the Court upon an oral motion by White & Case LLP, counsel for Law Debenture Trust Company of New York ("Law Debenture") for an Order admitting certain Law Debenture exhibits into evidence upon notice to counsel, including Kirkland & Ellis, counsel for the Debtors, and Simpson, Thatcher, and Bartlett LLP, counsel for JPMorgan Chase Bank; the Court having considered the motion and the non-opposition thereto, and for good cause shown:

IT IS on this 31st day of July, 2009:

ORDERED that the following Law Debenture exhibits are admitted into evidence: 36, 44, 80, 162, 179, 195, 201, 212, 223, 232, 233, 239, 249, 355, 401, and 444.

Dated: New York, New York
      July 31, 2009

                                          *s/ James M. Peck*
                                       HONORABLE JAMES M. PECK
                                       UNITED STATES BANKRUPTCY JUDGE