Richard M. Cieri
Paul M. Basta
Stephen E. Hessler
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ray C. Schrock
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession
(other than Charter Investment, Inc.)

- and -

Albert Togut
Frank A. Oswald
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

Counsel to the Debtor and Debtor in Possession
Charter Investment, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHARTER COMMUNICATIONS, INC., et al., | Case No. 09-11435 (JMP) |
| Debtors. | Jointly Administered |

# AMENDED AND SUPPLEMENTAL STIPULATION REGARDING WITHDRAWAL OF MOTION TO VACATE, MODIFY AND LIFT THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR APPLICATION OF FRBP 7023 PURSUANT TO FRBP 9014 AND ESTABLISHMENT OF DEADLINES RELATING TO CLASS CERTIFICATION HEARING

The debtors and debtor-in-possession (collectively, the "Debtors") in the above-captioned jointly administered Chapter 11 Cases and Gerald Paul Bodet, Jr., on behalf of himself and an alleged putative class of individuals, by and through their undersigned counsel, hereby submit this Amended and Supplemental Stipulation Regarding Withdrawal of Motion to Vacate, Modify and Lift the Automatic Stay or, Alternatively, for Application of FRBP 7023 Pursuant to FRBP 9014 and Establishment of Deadlines Relating to Class Certification Hearing (the "Amended and Supplemental Stipulation").

WHEREAS on March 16, 2009, Bodet filed a class action complaint styled *Gerald Paul Bodet Jr. et al. v. Charter Communications Inc. et al*, No. 09-3068, in the United States District Court for the Eastern District of Louisiana asserting antitrust claims against the Debtors (the "Bodet Action");

WHEREAS on March 27, 2009, the Debtors filed the above-captioned jointly administered Chapter 11 Cases, which automatically stayed the Bodet Action pursuant to Section 362(a) of the Bankruptcy Code;

WHEREAS on June 10, 2009 the Debtors and Bodet filed a Stipulation Regarding Withdrawal of a Motion to Vacate, Modify and Lift the Automatic Stay or, Alternatively, for Application of FRBP 7023 Pursuant to FRBP 9014 and Establishment of Deadline Relating to Class Certification (Doc. No. 466) (the "Stipulation");

WHEREAS, the Debtors desire to extend the deadline established in the Stipulation regarding the right of Bodet to file a motion to lift the stay of the Bodet Action or to certify a

class for submission of a class proof of claim to provide additional time for the Debtors to seek confirmation of the Debtors' Joint Plan of Reorganization, filed May 7, 2009 (Docket No. 320) (the "Plan"),[1] which the parties acknowledge classifies the claims asserted in the Bodet Action in Class A-3 and Class C-3, and pursuant to Class A-3 and Class C-3, proposes to reinstate and render Unimpaired the Bodet Action claims in accordance with Section 1124 of the Bankruptcy Code.

THEREFORE, THE DEBTORS AND BODET, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Pursuant to Article IV, Sections A.3.(c)(i) and C.3.(c)(i) of the Plan, the parties agree and stipulate that the contingent, unliquidated and disputed Class A-3 and Class C-3 claims alleged in the Bodet Action shall be reinstated and rendered Unimpaired in accordance with Section 1124 of the Bankruptcy Code upon the Effective Date of the Plan. This Amended and Supplemental Stipulation does not impact any rights or defenses in the Bodet Action, including but not limited to Bodet's right to move for class certification in the Bodet Action or Defendants' rights to oppose class certification in the Bodet Action, and the discharge injunction provided for under the Plan shall not apply to the Bodet Action.

2. Bodet will not refile a motion to lift the stay of the Bodet Action or to certify a class for submission of a class proof of claim unless a plan of reorganization for the Debtors providing for the reinstatement and rendering Unimpaired of Bodet's claims pursuant to ¶ 1 of this Amended and Supplemental Stipulation is not confirmed by November 30, 2009. The

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

Debtors may oppose any such motion timely brought after that date on any ground other than on the basis of waiver or failure to expeditiously move for class certification in bankruptcy court pursuant to Rule 7023.

3.  Other than the agreements and limitations stated in ¶¶ 1 and 2, the parties agree and stipulate that the parties maintain and do not waive any rights regarding the prosecution or defense of Bodet's claims. The Debtors further retain their rights to amend their Plan. Should the Debtors amend their Plan to provide that Class A-3 or Class C-3 claims, including those of Bodet, will not be reinstated and rendered Unimpaired upon confirmation, Bodet may refile a motion to submit a class proof of claim. Bodet and the Debtors retain all rights and defenses to seek and oppose any such timely filed motion, except that the Debtors will not oppose such a motion on the basis of waiver or failure to expeditiously move for class certification in bankruptcy court pursuant to Rule 7023.

New York, New York
Dated: August 31, 2009

/s/ Paul M. Basta
Richard M. Cieri
Paul M. Basta
Stephen E. Hessler
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900

- and -

Ray C. Schrock
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200

Counsel to the Debtors
and Debtors in Possession (other than Charter
Investment, Inc.)

- and -

Albert Togut
Frank A. Oswald
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119
Telephone:	(212) 594-5000
Facsimile:	(212) 967-4258

Counsel to the Debtor and Debtor in Possession
Charter Investment, Inc.

- and -

/s/ Leo D. Congeni
Leo D. Congeni, *of counsel*
LAW OFFICE OF EMILE L. TURNER, JR., LLC
424 Gravier Street
New Orleans, LA 70130
Telephone:	(504) 586-9120
Facsimile:	(504) 581-4962

- and -

4

Jeffrey Berniard
BERNIARD LAW FIRM
625 Baronne Street
New Orleans, LA 70113
Telephone: (504) 527-6225
Facsimile: (504) 617-6300

- and -

Madro Bandaries, PLC
Post Office Box 56458
938 Lafayette Street, Suite 204
New Orleans, LA 70156
Telephone: (504) 218-4815
Facsimile: (504) 324-0684

- and -

Gregory P. Di Leo
Jennifer B. Eagan
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

Counsel to Gerald Paul Bodet, Jr., individually and on behalf of all others similarly situated

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, the foregoing Amended and Supplemental Stipulation Regarding Withdrawal of Motion to Vacate, Modify and Lift the Automatic Stay or, Alternatively, for Application of FRBP 7023 Pursuant to FRBP 9014 and Establishment of Deadlines Relating to Class Certification Hearing was served on the below counsel via Federal Express and Email.

Leo D. Congeni, *of counsel*
LAW OFFICE OF EMILE L. TURNER, JR., LLC
424 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-9120

Jeffrey Berniard
BERNIARD LAW FIRM
625 Baronne Street
New Orleans, LA 70113
Telephone: (504) 527-6225

Madro Bandaries, PLC
Post Office Box 56458
938 Lafayette Street, Suite 204
New Orleans, LA 70156
Telephone: (504) 218-4815

Gregory P. Di Leo
Jennifer B. Eagan
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456

Bruce D. Angiolillo
Peter V. Pantaleo
Bryce L. Friedman
George S. Wang
Steven Fitzgerald
George Choundas
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000

Robert E. Zimet
Jay M. Goffman
Susan L. Saltzstein
Jeremy A. Berman
Andrew Garelick
Kurt Ramlo
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

Alan W. Kornberg
Lewis R. Clayton
Andrew J. Ehrlich
Brian Hart
Martin Bell
Danielle Clark
Chris Leo
Harley Harberman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

Frank Oswald
Richard Millin
Katherine Weall
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, NY 10119
Telephone: (212) 594-5000

David Molton
May Orenstein
Daniel Saval
Edward Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800

David Elkind
Russell Lippman
Mark Somerstein
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

Michael Hopkins
David Haller
Susan Johnston
Charles Jeanfreau
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000

/s/ Dan Donovan
Jeffrey Powell
Daniel Donovan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for the Debtors and Debtors in Possession (other than Charter Investment, Inc.)*