Richard M. Cieri
Paul M. Basta
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900

	- and -

Ray C. Schrock
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200

Counsel to the Debtors and Debtors in Possession
(other than Charter Investment, Inc.)

	- and -

Albert Togut
Frank A. Oswald
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York  10119
Telephone:	(212) 594-5000
Facsimile:	(212) 967-4258

Counsel to Debtor and Debtor in Possession
Charter Investment, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARTER COMMUNICATIONS, INC., et al., | ) | Case No. 09-11435 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the chapter 11 plan of the above-captioned debtors (the "Debtors"), which was originally scheduled to continue on Tuesday, September 8, 2009, at 9:30 a.m. E.T., has been adjourned to a later date to be determined, subject to witness availability.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file a supplemental notice when the new hearing date and time have been set.

| | |
|---|---|
| New York, New York<br>Dated: September 7, 2009 | /s/ *Paul M. Basta*<br>Richard M. Cieri<br>Paul M. Basta<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:     (212) 446-4800<br>Facsimile:       (212) 446-4900<br><br>        - and -<br><br>Ray C. Schrock<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654<br>Telephone:     (312) 862-2000<br>Facsimile:       (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession (other than Charter Investment, Inc.)*<br><br>        - and -<br><br>Albert Togut<br>Frank A. Oswald<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza<br>New York, New York  10119<br>Telephone:     (212) 594-5000<br>Facsimile:       (212) 967-4258<br><br>*Counsel to Debtor and Debtor in Possession Charter Investment, Inc.* |