UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――――― x
In re                                          :    Chapter 11
                                               :
CHARTER COMMUNICATIONS, INC., et al.,          :    Case No. 09-11435(JMP)
                                               :
                              Debtors.         :    (Jointly Administered)
                                               :
                                               :
――――――――――――――――――――――――――――― x

# EXHIBITS IN SUPPORT OF THE
# FIRST LIEN LENDER GROUP'S OBJECTION
# TO CONFIRMATION OF DEBTORS'
# JOINT PLAN OF REORGANIZATION

## Table of Contents

Credit Agreement (without schedules) ...............................................................................JPX 2

Memorandum from D. Glatt, *at al.* to Interested Parties, dated December 3, 2007 .............JPX 22

Memorandum from D. Glatt, *et al.* to Interested Parties: re: Update on Purchase
of Senior Notes, dated March 10, 2008 .............................................................................JPX 28

Email from M. Rowan to B. Karsh re: Call, dated December 15, 2008 ...............................JPX 99

Email from A. Aggarwal to B. Volpert, *et al.* cc: J. Marcus, *et al*. re: Charter Investment
Committee Memo, dated February 3, 2009 .......................................................................JPX 158

Letter from B. Karsh re: OCM Opportunities Fund VII, L.P., dated February 3, 2009 ........JPX 159

Email from R. Delaney to J. Marcus, *et al*., dated February 6, 2009 ..................................JPX 170

Email from H. Kim to B. Volpert, *et al*. re: Charter cover letter-Draft 3,
dated February 15, 2009; attached Charter LP Advisory Committee Letter .......................JPX 193

Email from A. Aggarwal to B. Volpert, *et al*. cc: J. Marcus re: Charter IC Memo,
dated March 6, 2009 ...........................................................................................................JPX 234

Email from H. Kim to E. Pellicone cc: A. Leonard, *et al.* re: Charter Investment
Committee Memos, dated March 11, 2009..........................................................................JPX 243

Email from J. Marcus to B. Volpert, cc: R. Delaney, B. Cassidy, A. Aggarwal re:
LP Advisory Committee Email, dated December 14, 2008..................................................JPX 273

Email from M. Rowan to E. Zinterhofer, D. Glatt, *et al*. re: CCH,
dated December 15, 2008 ...................................................................................................JPX 308

Notice of Exhibits 23 and 25, and Amended and Restated Exhibits 3 and 24 to
The Supplement to Debtors' Joint Plan of Reorganization Pursuant to
Chapter 11 of the United States Bankruptcy Code .............................................................CX 406

Amended and Restated Bylaws of Charter Communications, Inc........................................P.S. 2

Commitment Letter................................................................................................................P.S. 10

Trial Transcript, dated July 21, 2009....................................................................................Tr. 7/21

Trial Transcript, dated July 22, 2009....................................................................................Tr. 7/22

Trial Transcript, dated July 23, 2009 ................................................................................Tr. 7/23

Trial Transcript, dated July 28, 2009 ................................................................................Tr. 7/28

Trail Transcript, dated July 29, 2009 ................................................................................Tr. 7/29

Trial Transcript, dated August 24, 2009 ...........................................................................Tr. 8/24