EXHIBIT JPX 99

From: Marc Rowan
Sent: Mon, 15 Dec 2008 23:34:35 GMT
To: bkarsh@oaktreecapital.com
Subject: Re: Call

Thanks. It seems that every few years we get back together.....2009 seems like that time. Eric Zinterhofer is on point on Charter but I am hovering in the background. I have urged him to get aligned with you as this may be a great opportunity notwithstanding that it is coming a year too soon. Speak soon. Tks, MR

----- Original Message -----
From: Karsh, Bruce <bkarsh@oaktreecapital.com>
To: Marc Rowan
Sent: Mon Dec 15 18:31:56 2008
Subject: RE: Call

Marc,

We're talking w/ Zelter on charter.

Redacted for Responsiveness

Best,

Bruce

-----Original Message-----
From: Marc Rowan [mailto:rowan@ApolloLP.com]
Sent: Monday, December 15, 2008 8:39 AM
To: Karsh, Bruce
Subject: Call

I was calling to catch up on Charter
Redacted for Responsiveness      Redacted for Responsiveness

This email and any files transmitted with it are confidential and
intended solely for the person or entity to whom they are addressed and
may contain confidential and/or privileged
material.   Any review, retransmission, dissemination or
other use of, or taking of any action in reliance upon this information

**HIGHLY CONFIDENTIAL**                                                                                                    **CHARTER-e 00819783**

by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC

**HIGHLY CONFIDENTIAL**

**CHARTER-e 00819784**