Schuyler G. Carroll
James M. Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail:  carroll.schuyler@arentfox.com
         sullivan.james@arentfox.com

and

Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

Attorneys for Quest Diagnostics, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| CHARTER COMMUNICATIONS, INC., *et al*., | ) | Case No. 09-11435 (JMP) |
|  | ) |  |
| Debtors. | ) |  |

### NOTICE OF MOTION OF QUEST DIAGNOSTICS, INC.
### REQUESTING ALLOWANCE AND PAYMENT OF
### ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE THAT** a hearing (the "Hearing") to consider the motion dated January 13, 2010 of Quest Diagnostics, Inc. ("QDI") for Allowance and Payment of Administrative Expense Claim (the "Motion") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on February 9, 2010 at 10:00 a.m. (New York time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion, must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be served so as to be received by no later than 4:00 p.m. (New York time) on February 2, 2010.

Dated: January 13, 2010
      New York, New York

ARENT FOX LLP

  */s/ Schuyler G. Carroll*
Schuyler G. Carroll
James M. Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail:  carroll.schuyler@arentfox.com
         Sullivan.james@arentfox.com

-and-

Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

Attorneys for Quest Diagnostics, Inc.