Robert E. Zimet
Jay M. Goffman
Susan L. Saltzstein
Jeremy A. Berman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

Nicholas P. Saggese
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
(213) 687-5000

*Attorneys for Paul G. Allen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In Re: | : | Chapter 11 Cases |
| CHARTER COMMUNICATIONS, INC. | : | Case No. 09-011435 (JMP) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., as Administrative Agent, | : | |
| Plaintiff, | : | Adversary Proceeding No. 09-01132 (JMP) |
| - against - | : | |
| CHARTER COMMUNICATIONS OPERATING, LLC and CCO HOLDINGS, LLC, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINDER OF PAUL G. ALLEN TO REORGANIZED DEBTORS'
COUNTER-DESIGNATIONS OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON THE APPEAL OF IRON WORKERS LOCAL NO. 25 PENSION
FUND, INDIANA LABORERS PENSION FUND, AND IRON WORKERS DISTRICT
COUNCIL OF WESTERN NEW YORK AND VICINITY PENSION FUND WITH
RESPECT TO ORDER GRANTING MOTION TO ENFORCE PLAN INJUNCTION**

Paul G. Allen hereby joins in, and adopts as his own, the Reorganized Debtors' Counter-Designation of Additional Items to be Included in the Record on the Appeal of Iron Workers Local No. 25 Pension Fund, Indiana Laborers Pension Fund, and Iron Workers District Council of Western New York and Vicinity Pension Fund with Respect to Order Granting Motion to Enforce Plan Injunction.

Dated: New York, New York
March 26, 2010

Respectfully submitted,

By: __/s/ Jay M. Goffman__
Robert E. Zimet
Jay M. Goffman
Susan L. Saltzstein
Jeremy A. Berman
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

Nicholas P. Saggese
300 South Grand Avenue
Los Angeles, California 90071
(213) 687-5000

*Attorneys for Paul G. Allen*