

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

CHARTER COMMUNICATIONS, INC., et al.,

Debtors.

Case No.: 10-CV-00029 (DC)

---

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the undersigned counsel that Wells Fargo Bank, N.A., as successor Administrative Agent and successor Collateral Agent for the third-lien prepetition secured lenders to CCO Holdings, LLC, hereby dismisses the above-captioned action against Charter Communications, Inc., et al., with prejudice and without costs, and waives any objections to the confirmation order entered by the United States Bankruptcy Court for the Southern District of New York in Case No. 09-11435 (JMP) on November 17, 2009 [Docket No. 0921].

Dated: New York, New York
April 13, 2010

/s/ Richard M. Cieri
Richard M. Cieri
Paul M. Basta
Stephen E. Hessler
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell
Daniel T. Donovan
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel to the Reorganized Debtors*

/s/ Edward S. Weisfelner
Edward S. Weisfelner
David J. Molton
Daniel J. Saval
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Wells Fargo Bank, N.A., solely in its capacities as successor Administrative Agent and Collateral Agent*

SO ORDERED:

/s/ Denny Chin
The Honorable Denny Chin
United States District Judge

Dated: 4/19, 2010