```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
                                                        x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
CHARTER COMMUNICATIONS, INC. et al.;                    :        Case No: 09-11435
                                                        :
Reorganized Debtors.                                    x        Jointly Administered
```

## REORGANIZED DEBTOR'S POST-CONFIRMATION
### MONTHLY OPERATING REPORT FOR THE PERIOD
### FROM OCTOBER 1, 2013 TO DECEMBER 31, 2013

| | |
|---|---|
| REORGANIZED DEBTOR'S ADDRESS: | 400 Atlantic Street, 10th Floor<br>Stamford, CT 06901 |
| REORGANIZED DEBTOR'S ATTORNEYS | Richard M. Cieri<br>Paul M. Basta<br>Ray C. Schrock<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022 |
| REPORT PREPARER: | CHARTER COMMUNICATIONS, INC. et al. |

The undersigned, having reviewed the attached report and being familiar with the Reorganized Debtor's financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: January 21, 2014

_____
Kevin D. Howard
Senior Vice President - Finance,
Controller and Chief Accounting Officer
Charter Communications, Inc.

In re Charter Communications, Inc. et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 09-11435 |
| Reporting Period: | October 1, 2013 - December 31, 2013 |
| Federal Tax I.D. # | 43-1857213 |

## Notes to the Monthly Operating Report ($ 000's)

### GENERAL:
The report includes activity from the following Reorganized Debtor and the related case number:

| Reorganized Debtor | Case Number |
|---|---|
| Charter Communications, Inc. | 09-11435 |

### General Notes:

On November 17, 2009 (the "Confirmation Date"), the Bankruptcy Court entered an order (the "Confirmation Order") confirming the Debtors' Joint Plan of Reorganization, as amended, pursuant to chapter 11 of the Bankruptcy Code (as so amended and supplemented, the "Plan").

On November 30, 2009 (the "Effective Date"), the Debtors consummated their reorganization under the Bankruptcy Code and the Plan became effective. The distributions of securities under the Plan (the "Plan Effects") were made on the Effective Date.

On June 17, 2010, the Bankruptcy Court entered a final decree closing certain of the chapter 11 cases. Accordingly, the chapter 11 cases for all entities, except for Charter (Case No. 09-11435), were closed as of June 17, 2010 and subsequently all matters related to the Chapter 11 cases were administred through the Charter case (Case No. 09-11435). On December 30, 2013, the Bankruptcy Court entered a final decree closing the Charter case.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.

### Notes to Attachment 1:
The Reorganized Debtor believes that all undisputed post-confirmation accounts payable have been and are being paid in accordance with the Reorganized Debtor's terms and conditions.

### Notes to Attachment 2:
The "Quarterly" and the "Post Confirmation Total" represents Charter standalone. Attachments 4 and 5 show total receipts and disbursements for Charter standalone.

### Notes to Attachment 3:
All amounts listed are the bank balances as of the end of the month. Bank statements are available upon request.

### Notes to Attachment 4:
Cash disbursements are centralized as described in the Reorganized Debtor's motion to approve their cash management system and are consistent with the Reorganized Debtor's cash management practices. All cash disbursements exclude transfers among the Reorganized Debtor entities.

### Notes to Attachment 5:
Cash is received as described in the Reorganized Debtor's motion to approve their cash management system and is consistent with the Reorganized Debtor's cash management practices.

In re Charter Communications, Inc. et al.  
Case No. (Jointly Administered): 09-11435  
Reporting Period: October 1, 2013 - December 31, 2013  
Federal Tax I.D. #: 43-1857213  
Attachment 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Reorganized Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Please see Attachment 6 (policies of all Reorganized Debtors) | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Attachment 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
($ 000's)

Case No. (Jointly Administered): 09-11435

Reporting Period: October 1, 2013 - December 31, 2013

Federal Tax I.D. #: 43-1857213

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---:|---:|
| CASH & CASH EQUIVALENTS (Beginning of Period) | $ 3,443 | $ 551 |
| INCOME or RECEIPTS during the Period | $ 39,439 | $ 2,269,679 |
| Disbursements | $ (42,620) | $ (2,269,968) |
| Total Disbursements (Operating & Plan) | $ (42,620) | $ (2,269,968) |
| CASH & CASH EQUIVALENTS (End of Period) | $ 262 | $ 262 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Note: Schedule is presented on a "book basis" of accounting. Included in the Post Confirmation Total is $1,418,736 in expenditures related to the Plan disbursements.

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered): 09-11435
Reporting Period: October 1, 2013 - December 31, 2013
Federal Tax I.D. #: 43-1857213

ATTACHMENT 3

## Bank Account Information ($ 000's)

| Legal Entity | Case No. | Bank and account description | Bank Account No. | Bank Balance |
|---|---|---|---|---|
| Charter Communications, Inc | 09-11435 | US Bank / Demand deposit manual payroll account | 1005037575 | 43 |
| Charter Communications, Inc | 09-11435 | US Bank / Controlled disbursement manual payroll account | 152302014369 | - |
| Charter Communications, Inc | 09-11435 | US Bank / Investment account | 4750003336 | 219 |
| Charter Communications, Inc | 09-11435 | Wells Fargo / Professional Fees Escrow | 23806500 | - |
| Charter Communications, Inc | 09-11435 | Wells Fargo/Casualty Insurance Escrow | 82256200 | - |
|  |  |  | $ | 262 |

| | | |
|---|---|---|
| In re Charter Communications, Inc. et al. | | Attachment 4 |
| | Case No. (Jointly Administered) | 09-11435 |
| | Reporting Period: | October 1, 2013 - December 31, 2013 |
| | Federal Tax I.D. # | 43-1857213 |

## Schedule of Disbursements ($ 000's)

| Reorganized Debtor | Case Number | Disbursements |
|---|---|---|
| Charter Communications, Inc. | 09-11435 | $ (42,620) |
| | | $ (42,620) |

In re Charter Communications, Inc. et al.  Attachment 5
Case No. (Jointly Administered) 09-11435
Reporting Period: October 1, 2013 - December 31, 2013

Federal Tax I.D. #  43-1857213

## Schedule of Cash Receipts ($ 000's)

| Reorganized Debtor | Case Number | Cash Receipts |
|---|---|---|
| Charter Communications, Inc. | 09-11435 | $ 39,439 |
| **Total Cash Receipts** | | **$ 39,439** |

In re Charter Communications, Inc. et al.

Case No. (Jointly Administered)
Reporting Period:
Federal Tax I.D. #

Attachment 6
09-11435
October 1, 2013 - December 31, 2013
43-1857213

| Type of Policy | Carrier | Policy Number | Term |
|---|---|---|---|
| Aircraft Liability | United States Aircraft Insurance Group | SIHL 1-231U | 03/17/13 to 03/17/14 |
| (Casualty) General Liability | Old Republic Ins. Co. | MWZY300722 | 11/01/13 to 11/01/14 |
| (Casualty) Workers Compensation | Old Republic Ins. Co. | MWC30072100 | 11/01/13 to 11/01/14 |
| (Casualty) Automobile Liability | Old Republic Ins. Co. | MWTB300106 | 11/01/13 to 11/01/14 |
| | North American Elite (1st Layer) | UMB000789300 | |
| | XL Insurance Co. of America (2nd Layer) | US00006103LI13A | |
| | Endurance American (3rd Layer) | XSC10003802601 | |
| | Starr Indemnity & Liability Company (4th Layer) | SISIGCE50032113 | |
| | St. Paul Fire and Marine Insurance Company (5th Layer) | ZUP14T2579313NF | |
| (Casualty) Excess Liability | Great American Insurance Co. of NY (6th Layer) | EXC1910336 | 11/01/13 to 11/01/14 |
| Crime | Hartford Fire Insurance Company | 00 FA 0281384 13 | 10/14/13 to 10/14/14 |
| | XL Specialty Ins. Co. | ELU10801308 | |
| | Twin City Fire Ins. Co. | 00DA022029008 | |
| | Continental Casualty Co. | 2681550971 | |
| | Arch Insurance Co. | DOX001067603 | |
| | Allied World National | C008331003 | |
| | US Speciality Insurance Co. | 14MGU08A17803 | |
| | Axis Reinsurance Co. | MCN710199/01/2008 | |
| | Beazley Insurance Co. | FD0805822 | |
| | Navigators Ins. Co. | NY08DOL865375NV | |
| | Catlin Specialty Ins. | XSP929801108 | |
| | Valiant Insurance Co. | LDOVIC0000060 | |
| | Hudson Insurance Co. | HN-03031941110308 | |
| | XL Specialty Ins. Co. | ELU10801508 | |
| | Twin City Fire Ins. Co. | 00DA022645008 | |
| | Allied World National | C008330/003 | |
| | Navigators Ins. Co. | NY08DOL896345NV | |
| | Axis Insurance Co. | MCN710198012008 | |
| | US Speciality Insurance Co. | 14MGU08A17810 | |
| Directors' & Officers' Liability – Extended Reporting Period | Federal Insurance Company | 82109416 | |
| | National Fire Ins. Co. | 9455557012 | 11/30/09 to 11/30/15 |

In re Charter Communications, Inc. et al.

Attachment 6

Case No. (Jointly Administered): 09-11435
Reporting Period: October 1, 2013 - December 31, 2013
Federal Tax I.D. #: 43-1857213

| Type of Policy | Carrier | Policy Number | Term |
|---|---|---|---|
| Employed Lawyers Policy | Chartis - Illinois National Insurance Co. | 01-330-74-28 | 10/14/12 to 10/14/14 |
| Employment Practices Liability | Chartis Specialty Ins. Co | 01-969-43-82 | 05/01/13 to 05/01/14 |
| Employment Practices Liability (Excess) | AXIS Insurance Company | MCN759780012013 | 05/01/13 to 05/01/14 |
| Excess California Earthquake | Endurance American | CPN10003896800 | 03/03/13 - 03/03/14 |
| | Arch | ESP0053729-00 | |
| | Westchester | I20678598 007 | |
| | QBESIC | CFE3967357 | |
| | Lloyds of London | WB1300132 | |
| Excess Flood | Lloyds of London | WB1300187 | 03/03/13 - 03/03/14 |
| | Liberty Surplus Insurance Corporation | LIUESP00339447 | |
| | Arch | ESP0053731 00 | |
| | Westchester | D37396618 002 | |
| Fiduciary Liability | Continental Casualty Co. | 425619889 | 10/14/12 to 10/14/14 |
| Media Liability | AIG - National Union Fire Ins. Co. of Pittsburgh, PA | 03-417-73-45 | 06/14/13 to 06/14/14 |
| Miscellaneous Liability (Special Crime) | Chartis - National Union Fire Ins. Co | 31377596 | 10/14/11 to 10/14/14 |
| Property Insurance | AIG - Lexington Insurance Co. | 21565573 | 03/03/13 to 03/03/14 |
| Directors' & Officers' Liability | Chartis - National Union Fire Ins. Co | 01-605-38-29 | 11/30/12 to 11/30/13 |
| | XL Specialty Ins. Co. | ELU-13233213 | |
| | Arch Insurance Company | DOX93004900 | |
| | Zurich American Ins. Co. | DOC595364800 | |
| | Twin City Fire Ins. Co. | 00DA028198713 | |
| | Allied World National | 0305-1285 | |
| | Navigators Ins. Co. | CH13DOL865374IV | |
| | Endurance American Ins. | DOX10004383200 | |
| | Axis Insurance Co. | MCN749073012013 | |
| | Berkley Insurance Co. | 18008973 | |
| | Old Republic Ins. Co. | CUG36343 | |
| | National Fire Ins. Co. | 016053843 | |
| | U.S. Specialty | 14-MGU-13-A30719 | |
| Directors' & Officers' Liability (Side A) | XL Specialty Ins. Co. | ELU-13233513 | 11/30/13 to 11/30/14 |